RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff,*
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                      :

                           :     Chapter 7

TNT TRANSPORT AND LOGISTICS, INC.,    :     Case No. 20-22221 (RDD)

                           :

              Debtor.       :

------------------------------------------------------------x

HOWARD P. MAGALIFF, as Trustee of     :
TNT Transport and Logistics, Inc.,       :

                           :     Adv. Pro. No. 22-_____

            Plaintiff,     :

                           :

   – against –               :

                           :

ROSHAN KURIAKOSE,           :

                           :

           Defendant.     :

------------------------------------------------------------x

## COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

        Howard P. Magaliff, the chapter 7 trustee of the estate of TNT Transport and Logistics, Inc. (the "Debtor"), as plaintiff ("Plaintiff" or the "Trustee"), as and for his complaint against Roshan Kuriakose ("Kuriakose" or the "Defendant"), alleges the following upon knowledge as to his own acts and otherwise upon information and belief:

### INTRODUCTION

        1.     Plaintiff brings this action pursuant to Rule 7001(1) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and sections 544(b)(1), 548(a)(1)(B) and 550(a)

of title 11, United States Code (the "<u>Bankruptcy Code</u>") to avoid and recover constructive fraudulent transfers made by the Debtor to Defendant within four years prior to the Filing Date.

## THE PARTIES

1.      The Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code on February 11, 2020 (the "<u>Filing Date</u>").

2.      The Trustee was appointed as the chapter 7 interim trustee of the Debtor's estate and succeeded as the trustee pursuant to section 702(d) of the Bankruptcy Code following the first meeting of creditors.

3.      The Defendant resides in West Haverstraw, New York.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

5.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  If any of the claims asserted in this adversary proceeding are determined to be non-core, Plaintiff consents to the entry of final judgment by the Bankruptcy Court.

## GENERAL ALLEGATIONS

7.      Prior to the Filing Date, the Debtor was a transportation broker.  The Debtor arranged for and procured trucking companies for customers that needed to ship goods.

8.      The Debtor is owned by Tomy Thomas ("<u>Thomas</u>").

9.      The Defendant is Thomas' nephew.

10.      Between June 11, 2018 and December 23, 2019, the Debtor transferred not less than $113,870 to the Defendant (the "<u>Transfers</u>").  A schedule of the Transfers is attached as <u>Exhibit 1</u>.

11.      The Defendant was not an employee of the Debtor.

{00039755v1 }

12.     The Defendant did not receive an IRS Form W-2 or IRS Form 1099 from the Debtor.

13.     The Defendant did not have a contract with the Debtor.

14.     The Defendant did not provide any services for the Debtor.

**FIRST CAUSE OF ACTION**
**(Avoidance of Transfers as Constructive Fraudulent Transfers**
**Pursuant to 11 U.S.C. § 548(a)(1)(B))**

15.     Plaintiff incorporates each of the foregoing paragraphs as if fully set forth herein.

16.     Pursuant to 11 U.S.C. § 548(a)(1)(B), a trustee may avoid any transfer of an interest of the debtor in property made on or within two years before the filing date of the debtor's petition if the debtor received less than a reasonably equivalent value in exchange for the transfer, and (i) was insolvent on the date of the transfer or became insolvent as a result of the transfer, (ii) was engaged in business or was about to engage in business for which any property remaining with the debtor was an unreasonably small capital, or (iii) intended to incur or be-lieved it would incur debts beyond the debtor's ability to pay as they matured.

17.     The Debtor was insolvent when the Transfers were made and continued to remain insolvent through the Filing Date.

18.     At all times relevant to the allegations in this complaint, the Debtor had negative net worth.  Attached as <u>Exhibit 2</u> are balance sheets prepared from the Debtor's tax re-turns that show the Debtor's insolvency as of December 31, 2017, 2018 and 2019.

19.     At all times relevant to the allegations in this complaint, the Debtor had unreasonably small capital with which to engage in business after making the Transfers and was cash flow negative.

20.     Pursuant to 11 U.S.C. § 548(a)(1)(B), the Trustee is entitled to judgment avoiding the Transfers for the benefit of the creditors of the Debtor's estate.

21.     Pursuant to 11 U.S.C. § 550(a), the Trustee is entitled to judgment directing payment from Defendant in the amount of the Transfers.

## SECOND CAUSE OF ACTION
### (Avoidance of Transfers as Constructive Fraudulent Transfers
### Pursuant to 11 U.S.C. § 544(b)(1) and DCL § 273)

22.     Plaintiff incorporates each of the foregoing paragraphs as if fully set forth herein.

23.     Pursuant to 11 U.S.C. § 544(b)(1), a trustee may avoid any transfer of an interest of the debtor in property or any obligation incurred by the debtor that is voidable under applicable law by a creditor holding an unsecured claim that is allowable under section 502 of the Bankruptcy Code.

24.     As reflected in the Debtor's Schedule F filed in this case [doc. 1, pp. 17-21], the Debtor has at least one unsecured creditor with a fixed, liquidated and non-contingent claim that is allowable under section 502 of the Bankruptcy Code.

25.     Pursuant to section 273 of the New York Debtor and Creditor Law ("DCL")[1], every conveyance made and every obligation incurred by a person who is or will be thereby rendered insolvent is fraudulent as to creditors without regard to his actual intent if the conveyance is made or the obligation is incurred without a fair consideration.

26.     The Transfers were made to Defendant without fair consideration in return within the meaning of DCL § 272.

---

[1]     Article 10 of the DCL was repealed and replaced by the New York Uniform Voidable Transaction Act effective April 4, 2020.  Since the Transfers all occurred prior to April 4, 2020, former Article 10 governs.

{00039755v1 }

27.     Pursuant to 11 U.S.C. § 544(b)(1), the Trustee is entitled to judgment avoiding the Transfers for the benefit of the creditors of the Debtor's estate.

28.     Pursuant to 11 U.S.C. § 550(a), the Trustee is entitled to judgment directing payment from Defendant in the amount of the Transfers.

### THIRD CAUSE OF ACTION
**(Avoidance of Payments as Constructive Fraudulent Transfers
Pursuant to 11 U.S.C. § 544(b)(1) and DCL § 274)**

29.     Plaintiff incorporates each of the foregoing paragraphs as if fully set forth herein.

30.     Section 274 of the DCL provides: "Every conveyance made without fair consideration when the person making it is engaged or is about to engage in a business or transaction for which the property remaining in his hands after the conveyance is an unreasonably small capital, is fraudulent as to creditors and as to other persons who become creditors during the continuance of such business or transaction without regard to his actual intent."

31.     The Debtor was engaged in business when it made the Transfers.

32.     The Debtor was left with unreasonably small capital after it made the Transfers.

33.     The Debtor did not receive fair consideration from the Defendant in return for the Transfers.

34.     Pursuant to 11 U.S.C. § 544(b)(1), the Trustee is entitled to judgment avoiding the Transfers for the benefit of the creditors of the Debtor's estate.

35.     Pursuant to 11 U.S.C. § 550(a), the Trustee is entitled to judgment directing payment from Defendant in the amount of the Transfers.

{00039755v1 }

**WHEREFORE**, the Trustee requests the entry of judgment as follows:

(a)    On the first, second and third causes of action, avoiding the Transfers, and directing payment to the Trustee in the amount of the Transfers;

(b)    Costs and attorney fees; and

(c)    Such other and further relief as is necessary and proper.

Dated: New York, New York
       February 7, 2022

RICH MICHAELSON MAGALIFF, LLP
Attorneys for the Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

{00039755v1 }

# EXHIBIT 1

{00039755v1 }

**Transaction**

| Date | Payee | Amount |
|------|-------|--------|
| 6/11/2018 SQC*ROSHAN | | 1,000.00 |
| 6/11/2018 SQC*ROSHAN | | 850.00 |
| 6/25/2018 SQC*ROSHAN | | 2,040.00 |
| 6/25/2018 SQC*ROSHAN | | 1,640.00 |
| 7/5/2018 SQC*ROSHAN | | 450.00 |
| 7/6/2018 SQC*ROSHAN | | 400.00 |
| 7/19/2018 SQC*ROSHAN | | 1,200.00 |
| 7/19/2018 SQC*ROSHAN | | 975.00 |
| 7/23/2018 SQC*ROSHAN | | 500.00 |
| 7/30/2018 SQC*ROSHAN | | 1,000.00 |
| 7/30/2018 SQC*ROSHAN | | 1,000.00 |
| 8/9/2018 SQC*ROSHAN | | 1,500.00 |
| 8/10/2018 SQC*ROSHAN | | 1,500.00 |
| 8/13/2018 SQC*ROSHAN | | 500.00 |
| 8/13/2018 SQC*ROSHAN | | 500.00 |
| 8/17/2018 SQC*ROSHAN | | 1,250.00 |
| 8/17/2018 SQC*ROSHAN | | 540.00 |
| 8/20/2018 SQC*ROSHAN | | 1,000.00 |
| 8/20/2018 SQC*ROSHAN | | 1,500.00 |
| 8/24/2018 SQC*ROSHAN | | 1,000.00 |
| 8/24/2018 SQC*ROSHAN | | 600.00 |
| 8/27/2018 SQC*ROSHAN | | 500.00 |
| 8/27/2018 SQC*ROSHAN | | 1,000.00 |
| 8/27/2018 SQC*ROSHAN | | 1,200.00 |
| 8/27/2018 SQC*ROSHAN | | 1,000.00 |
| 8/27/2018 SQC*ROSHAN | | 500.00 |
| 8/30/2018 SQC*ROSHAN | | 1,000.00 |
| 8/30/2018 SQC*ROSHAN | | 700.00 |
| 9/6/2018 SQC*ROSHAN | | 900.00 |
| 9/10/2018 SQC*ROSHAN | | 1,500.00 |
| 9/10/2018 SQC*ROSHAN | | 1,000.00 |
| 9/10/2018 SQC*ROSHAN | | 500.00 |
| 9/14/2018 SQC*ROSHAN | | 1,150.00 |
| 9/17/2018 SQC*ROSHAN | | 970.00 |
| 9/19/2018 SQC*ROSHAN | | 1,000.00 |
| 9/20/2018 SQC*ROSHAN | | 1,000.00 |
| 9/24/2018 SQC*ROSHAN | | 850.00 |
| 9/24/2018 SQC*ROSHAN | | 620.00 |
| 9/24/2018 SQC*ROSHAN | | 1,000.00 |
| 9/25/2018 SQC*ROSHAN | | 1,300.00 |
| 9/26/2018 SQC*ROSHAN | | 800.00 |
| 9/26/2018 SQC*ROSHAN | | 1,000.00 |
| 9/28/2018 SQC*ROSHAN | | 880.00 |
| 10/1/2018 SQC*ROSHAN | | 400.00 |

# TNT Transport and Logistics Inc.
## Payments to
### Roshan Kuriakose

| Transaction Date | | Payee | Amount |
|---|---|---|---|
| 10/1/2018 | SQC*ROSHAN | | 500.00 |
| 10/1/2018 | SQC*ROSHAN | | 1,000.00 |
| 10/1/2018 | SQC*ROSHAN | | 500.00 |
| 10/9/2018 | SQC*ROSHAN | | 1,000.00 |
| 10/9/2018 | SQC*ROSHAN | | 800.00 |
| 10/10/2018 | SQC*ROSHAN | | 1,500.00 |
| 10/22/2018 | SQC*ROSHAN | | 500.00 |
| 10/22/2018 | SQC*ROSHAN | | 2,000.00 |
| 10/29/2018 | SQC*ROSHAN | | 1,500.00 |
| 10/29/2018 | SQC*ROSHAN | | 525.00 |
| 10/29/2018 | SQC*ROSHAN | | 700.00 |
| 11/2/2018 | SQC*ROSHAN | | 500.00 |
| 11/5/2018 | SQC*ROSHAN | | 500.00 |
| 11/5/2018 | SQC*ROSHAN | | 1,000.00 |
| 11/13/2018 | SQC*ROSHAN | | 1,050.00 |
| 11/13/2018 | SQC*ROSHAN | | 1,100.00 |
| 11/13/2018 | SQC*ROSHAN | | 1,550.00 |
| 11/14/2018 | SQC*ROSHAN | | 2,500.00 |
| 11/26/2018 | SQC*ROSHAN | | 600.00 |
| 12/3/2018 | SQC*ROSHAN | | 840.00 |
| 12/3/2018 | SQC*ROSHAN | | 430.00 |
| 12/3/2018 | SQC*ROSHAN | | 480.00 |
| 12/10/2018 | SQC*ROSHAN | | 1,500.00 |
| 12/11/2018 | SQC*ROSHAN | | 600.00 |
| 12/13/2018 | SQC*ROSHAN | | 600.00 |
| 12/17/2018 | SQC*ROSHAN | | 500.00 |
| 12/17/2018 | SQC*ROSHAN | | 1,000.00 |
| 12/17/2018 | SQC*ROSHAN | | 435.00 |
| 12/27/2018 | SQC*ROSHAN | | 690.00 |
| 12/28/2018 | SQC*ROSHAN | | 600.00 |
| 12/31/2018 | SQC*ROSHAN | | 700.00 |
| 1/2/2019 | SQC*ROSHAN | | 1,350.00 |
| 1/3/2019 | SQC*ROSHAN | | 1,500.00 |
| 1/4/2019 | SQC*ROSHAN | | 1,000.00 |
| 1/14/2019 | SQC*ROSHAN | | 600.00 |
| 1/14/2019 | SQC*ROSHAN | | 2,600.00 |
| 1/14/2019 | SQC*ROSHAN | | 2,000.00 |
| 1/18/2019 | SQC*ROSHAN | | 500.00 |
| 1/22/2019 | SQC*ROSHAN | | 1,000.00 |
| 1/22/2019 | SQC*ROSHAN | | 500.00 |
| 1/22/2019 | SQC*ROSHAN | | 500.00 |
| 1/22/2019 | SQC*ROSHAN | | 1,000.00 |
| 1/24/2019 | SQC*ROSHAN | | 500.00 |
| 1/28/2019 | SQC*ROSHAN | | 500.00 |

# TNT Transport and Logistics Inc.
## Payments to
## Roshan Kuriakose

| Transaction Date | Payee | Amount |
|---|---|---|
| 2/19/2019 | SQC*ROSHAN | 1,000.00 |
| 2/19/2019 | SQC*ROSHAN | 1,000.00 |
| 2/19/2019 | SQC*ROSHAN | 1,000.00 |
| 2/19/2019 | SQC*ROSHAN | 2,175.00 |
| 2/19/2019 | SQC*ROSHAN | 1,000.00 |
| 2/19/2019 | SQC*ROSHAN | 700.00 |
| 2/25/2019 | SQC*ROSHAN | 500.00 |
| 2/25/2019 | SQC*ROSHAN | 500.00 |
| 2/26/2019 | SQC*ROSHAN | 400.00 |
| 3/4/2019 | SQC*ROSHAN | 1,000.00 |
| 3/4/2019 | SQC*ROSHAN | 1,000.00 |
| 3/4/2019 | SQC*ROSHAN | 2,000.00 |
| 3/4/2019 | SQC*ROSHAN | 1,500.00 |
| 3/4/2019 | SQC*ROSHAN | 500.00 |
| 3/4/2019 | SQC*ROSHAN | 500.00 |
| 3/4/2019 | SQC*ROSHAN | 500.00 |
| 3/11/2019 | SQC*ROSHAN | 1,000.00 |
| 3/11/2019 | SQC*ROSHAN | 500.00 |
| 3/19/2019 | SQC*ROSHAN | 700.00 |
| 3/20/2019 | SQC*ROSHAN | 600.00 |
| 3/21/2019 | SQC*ROSHAN | 700.00 |
| 3/22/2019 | SQC*ROSHAN | 1,500.00 |
| 3/22/2019 | SQC*ROSHAN | 600.00 |
| 3/25/2019 | SQC*ROSHAN | 1,500.00 |
| 3/26/2019 | SQC*ROSHAN | 1,000.00 |
| 4/1/2019 | SQC*ROSHAN | 1,000.00 |
| 4/1/2019 | SQC*ROSHAN | 750.00 |
| 4/2/2019 | SQC*ROSHAN | 780.00 |
| 12/2/2019 | Zelle Transfer Conf# 609f8908c; kuriakose, roshan | 1,000.00 |
| 12/2/2019 | Zelle Transfer Conf# 2cdd13d1e; kuriakose, roshan | 1,000.00 |
| 12/2/2019 | Zelle Transfer Conf# e8eb608cc; kuriakose, roshan | 1,000.00 |
| 12/23/2019 | Zelle Transfer Conf# ee6b3fde5; kuriakose, roshan | 2,000.00 |
| | **Total Payments to Roshan Kuriakose** | **113,870.00** * |

*Analysis is based on transactions of $400 and greater.

**More information is needed.**

**EXHIBIT 2**

{00039755v1 }

| **Schedule K** | **Shareholders' Pro Rata Share Items** (continued) | | **Total amount** |
|---|---|---|---|

**Other Information**

| 17 a | Investment income | 17a | |
| b | Investment expenses | 17b | |
| c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| d | Other items and amounts (attach statement) | | |

**Reconciliation**

| 18 | **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 2,632 |

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | 10,943 | | 11,834 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 10,943 | | 11,834 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 25,000 | | 25,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | (14,057) | | (13,166) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 10,943 | | 11,834 |

## Schedule K   Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Recon-ciliation** | 18 | Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | (21,736) |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 11,834 | | 14,532 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 11,834 | | 14,532 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 25,000 | | 49,434 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | (13,166) | | (34,902) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 11,834 | | 14,532 |

EEA                                                                   Form 1120S (2018)

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17 a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | (20,856) |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 14,532 | | 2,985 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( | ) | ( | ) |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 14,532 | | 2,985 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 0 | | 9,309 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 49,434 | | 49,434 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | (34,902) | | (55,758) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | ( | ) | ( | ) |
| 27 | Total liabilities and shareholders' equity | | 14,532 | | 2,985 |

EEA                                                                                                        Form **1120-S** (2019)